Shonerick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SHONERICK DESHAWN BRAME, individually and as Authorized Representative of SHONRICK BRAME TRUST,

    Plaintiff,

v.

CITY OF SCOTTSDALE; M. BLIAND (#1547); JOHN DOES 1–10,

    Defendants.

Case No. _____

CV25-02342-PHX-KML--CDB

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983); UNLAWFUL SEIZURE; EXCESSIVE FORCE; DUE PROCESS VIOLATION

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343, as this action arises under the laws of the United States, specifically 42 U.S.C. § 1983.
2. Venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred within this District.

## II. PARTIES

3. Plaintiff SHONERICK DESHAWN BRAME is a living man domiciled in California, acting herein in his private capacity and as Authorized Representative of SHONRICK BRAME TRUST.
4. Defendant CITY OF SCOTTSDALE is a municipal corporation located in Maricopa County, Arizona, and is responsible for the actions of its employees, including law enforcement officers.
5. Defendant M. BLIAND is a Scottsdale Police Officer, badge number 1547, who participated in the incident described herein.
6. JOHN DOES 1–10 are unknown officers or agents of the City of Scottsdale who acted in concert with Defendant Bliand and whose identities will be revealed through discovery.

## III. FACTUAL ALLEGATIONS

7. On June 29, 2025, Plaintiff was standing in a public parking lot near 4405 N Saddlebag Trail, Scottsdale, Arizona, when he was confronted by a civilian.
8. Plaintiff responded verbally, and moments later was physically seized by Scottsdale police officers without warning or lawful cause.
9. Plaintiff was thrown to the ground, hogtied, handcuffed, and choked while sitting on the ground. His face was bloodied, and a helmet-like device was placed over his head.
10. Officers erected a barricade of bicycles to conceal the assault from Plaintiff's companion, Jaqueline Johnson, and other witnesses.
11. Plaintiff repeatedly asserted his legal rights, including statements such as "I do not consent" and "I reserve all rights under UCC 1-308."
12. No crime was alleged or explained prior to the arrest. Plaintiff was later cited for 'passive resistance' — a charge not valid without a lawful arrest.
13. Plaintiff was jailed and released. Plaintiff subsequently obtained Internal Affairs Report #2513101, confirming that the incident is under official investigation by the Scottsdale Police Department.

## IV. CLAIMS FOR RELIEF

COUNT ONE – 42 U.S.C. § 1983 (Against All Defendants)
Defendants, acting under color of law, violated Plaintiff's rights under the U.S. Constitution, including the First, Fourth, Eighth, and Fourteenth Amendments.

COUNT TWO – UNLAWFUL SEIZURE (4th Amendment)
Defendants seized Plaintiff without probable cause or lawful authority, in violation of the Fourth Amendment.

COUNT THREE – EXCESSIVE FORCE
Plaintiff was physically restrained, choked, and injured while not resisting or posing a threat.

Such force was unnecessary, excessive, and unlawful.

COUNT FOUR – VIOLATION OF DUE PROCESS (14th Amendment)
Plaintiff's liberty was deprived without due process, in violation of his constitutional rights.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against all Defendants as follows:
a. Compensatory damages in the amount of $15,000,000;
b. Additional damages for emotional distress in the amount of $10,000,000;
c. Punitive damages as determined by the Court;
d. Injunctive relief and policy review;
e. Costs of suit, including attorney's fees if applicable;
f. Any other relief the Court deems just and proper.

Respectfully submitted,

Shonerick Deshawn Brame
Authorized Representative, SHONRICK BRAME TRUST
Email: Shonrickbrametrust@gmail.com

**AFFIDAVIT OF RECORD**

State of Arizona
County of Maricopa

I, Shonerick Deshawn Brame, in my natural and private capacity, and as Authorized Representative of the SHONRICK BRAME TRUST, hereby swear and affirm under penalty of perjury that the following is true, correct, and complete to the best of my knowledge and belief:

1. On or about June 29, 2025, at approximately 12:46 AM, I was standing in a public parking lot located at or near 4405 N Saddlebag Trail, Scottsdale, Arizona.

2. I was verbally confronted by an aggressive civilian. I verbally responded. At no point did I engage in any physical conduct or behavior constituting a crime.

3. Without warning or legal justification, officers of the Scottsdale Police Department approached me, physically grabbed me, slammed me to the ground, hogtied me, and placed a helmet-like apparatus over my head while I was bleeding from the face.

4. I vocally asserted my legal rights throughout the encounter, stating phrases such as: "I do not consent," "I reserve all rights under UCC 1-308," and "Why are you touching me?"

5. A barricade of police bicycles was created to prevent my companion, Jaqueline Johnson, and others from witnessing, recording, or intervening in the assault.

6. I was given a citation for 'passive resistance' (ARS 13-2508A3), though no lawful arrest had been made and no predicate crime was listed or explained.

7. I was transported to jail and later released. The use of force, the concealment of my injuries, and the denial of lawful process constitute a violation of my fundamental rights.

I reserve all rights under UCC 1-308, without prejudice. This affidavit shall serve as a lawful record for all judicial and administrative purposes.

Executed this 7 day of July, 2025.

By: _____

7. I was given a citation for 'passive resistance' (ARS 13-2508A3), though no lawful arrest had been made and no predicate crime was listed or explained.

8. I was transported to jail and later released. The use of force, the concealment of my injuries, and the denial of lawful process constitute a violation of my fundamental rights.

State of Arizona
County of Maricopa

Subscribed and sworn to before me on this 7 day of July, 2025 by Shonerick Deshawn Brame, personally known or proven to me.

_____
Notary Public
My Commission Expires: 05.28.26

PRISCILLA ASHLEY BETANCOURT
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 827835
Expires May 28, 2026