*Shonerick Brame*
*6655 Densmore Ave*
*Van Nuys CA 91406*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shonerick Deshawn Brame Case No. CV-25-02342-KML–CDB
Plaintiff,

v.

City of Scottsdale et al
Defendant.

# MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY

Pursuant to the Local Rules of Civil Procedure for the District of Arizona and consistent with Fed. R. Civ. P. 5(d), the Plaintiff respectfully moves this Court for leave to file and serve documents electronically via the Court's CM/ECF (Case Management/Electronic Case Filing) system.

Plaintiff is proceeding pro se and has previously requested electronic noticing. Plaintiff now requests full access to electronic filing privileges for the purpose of efficiently managing court filings, receiving timely notices, and maintaining accurate records in the above-captioned matter.

Plaintiff agrees to comply with all rules, technical requirements, and procedures set forth by the District of Arizona for pro se e-filers, and further agrees to participate in any mandatory training or acknowledgment forms required.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and allow Plaintiff to file documents electronically in this case.

Respectfully submitted,

Dated: August 6, 2025

/s/ Shonerick Deshawn Brame

Shonerick Deshawn Brame

6655 Densmore Ave

Van Nuys, CA 91406

Email: ShonBrane@gmail.com

Pro Se Plaintiff