Shonerick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406
ShonrickBrameTrust@Gmail.com
(818) 515-6249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SHONERICK DESHAWN BRAME,
Plaintiff,

v.

CITY OF SCOTTSDALE, et al.,
Defendants.

Case No. CV-25-02342-PHX-KML (CDB)

## PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION, TO STAY RELATED STATE CRIMINAL PROCEEDINGS, AND NOTICE OF IMMINENT STATE TRIAL DATE

Plaintiff Shonerick Deshawn Brame, appearing pro se, respectfully moves this Court for expedited consideration and for an order staying the related criminal prosecution currently pending in Scottsdale City Court, and provides notice of an imminent state criminal trial date. This motion is based on ongoing and irreparable constitutional harm arising from the same incident that is the subject of this federal civil rights action, including unlawful seizure, false arrest, detention based on fabricated allegations, and coercive continuation of prosecution despite contrary objective evidence.

### I. INTRODUCTION

This action arises from a June 29, 2025 encounter with officers of the Scottsdale Police Department that resulted in Plaintiff being forcibly seized, arrested, jailed, and charged. Plaintiff has filed a First Amended Complaint asserting claims under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments, including unlawful seizure, excessive force, false arrest, false imprisonment, and municipal liability.

### II. STATE'S BODY-WORN CAMERA FOOTAGE CONTRADICTS PROSECUTION

The charge of failure to obey an officer requires proof that a lawful order was issued. The State's own body-worn camera footage fails to show any lawful command prior to the use of force and contradicts officer reports claiming noncompliance.

### III. FABRICATION OF PROBABLE CAUSE

The evidence demonstrates that the factual basis for Plaintiff's arrest and prosecution was fabricated after the fact to justify the use of force and detention. A related charge for resisting arrest has already been dismissed due to lack of evidentiary support.

### IV. IRREPARABLE HARM AND FORCED RELOCATION   Exhibit C

Plaintiff was forced to temporarily relocate to Arizona under threat of incarceration if he failed to appear in person for court proceedings. These conditions constitute a substantial deprivation of liberty and ongoing constitutional harm.

## V. NOTICE OF IMMINENT STATE CRIMINAL TRIAL DATE

Plaintiff provides notice that the related state criminal prosecution, Scottsdale City Court Case No. M-0751-CR-2025010898, is currently set for bench trial on January 28, 2026, at 1:30 p.m., before the Honorable Statia D. Hendrix. Plaintiff remains subject to conditions of release requiring in-person appearance and restricting his ability to leave the State of Arizona under threat of arrest and incarceration.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant expedited consideration, stay the related Scottsdale City Court criminal proceedings pending resolution of this federal action, and grant such other and further relief as the Court deems just and proper.

DATED this 29th day of December, 2026.

/s/ Shonerick Deshawn Brame
Shonerick Deshawn Brame
Plaintiff, Pro Se

Shonerick Brame
6055 Densmore Ave
Van Nuys CA 91406
ShonrickBrameTrust@Gmail.com
(818) 515 6249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SHONERICK DESHAWN BRAME,
Plaintiff,

v.

CITY OF SCOTTSDALE, et al.,
Defendants.

Case No. CV-25-02342-PHX-KML (CDB)

**PLAINTIFF'S MOTION TO DIRECT ISSUANCE OF SUMMONS AND SERVICE**

Plaintiff Shonerick Deshawn Brame, appearing pro se, respectfully moves the Court for an order directing the issuance of summons and service of the First Amended Complaint upon Defendants by the United States Marshal pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

Plaintiff's Application to Proceed In Forma Pauperis has been granted, and Plaintiff has filed a First Amended Complaint in this action. To date, summons have not issued and Defendants have not been served.

Plaintiff is presently suffering ongoing and irreparable harm arising from the same incident alleged in this action, including continued prosecution in state court and an imminent bench trial. In the interest of justice and to allow this matter to proceed, Plaintiff respectfully requests that the Court direct the Clerk to issue summons and order service by the United States Marshal.

DATED this 29th day of December, 2026.

/s/ Shonerick Deshawn Brame
Shonerick Deshawn Brame
Plaintiff, Pro Se

# EXHIBIT A

Scottsdale City Court Hearing Notice
Bench Trial Set January 28, 2026

Attached hereto as Exhibit A is the Scottsdale City Court hearing notice establishing the imminent bench trial date and conditions of release restricting Plaintiff's liberty.



**Scottsdale City Court • 3700 N 75TH STREET SCOTTSDALE, AZ 85251 • (480) 312-2442**

Fax: (480) 312-2764 • court@scottsdaleaz.gov • www.ScottsdaleAZ.gov/Court
ORI: AZ007111J • Maricopa County, Arizona

| State Of Arizona<br>VS.<br>BRAME, SHONERICK DESHAWN<br>6655 DENSMORE AVE<br>VAN NUYS, CA 91406 | Case #:<br>M-0751-CR-2025010898<br><br>Complaint #:<br>072540042419<br> | |

This matter has been scheduled for **Bench Trial on 1/28/2026 at 1:30 PM in Courtroom 1** before Judge Honorable Statia D Hendrix.

**YOU MUST APPEAR** for this court date. If you fail to appear, any bond that has been posted will be subject to forfeiture, and a warrant being issued for your arrest.

You have the right to be present at all your court proceedings in your case. If this matter is eventually set to a trial and you do not appear at your trial, this non-appearance will be considered a waiver of your right to be present at your trial. The trial may be held without you, possibly resulting in a conviction with accompanying sentence, which will be enforced, if necessary, by your arrest.

**IT IS YOUR RESPONSIBILITY TO BE AWARE OF ALL FUTURE COURT DATES. SHOULD ANY SCHEDULED MATTER BE CONTINUED, YOU MUST CONTACT THE COURT OR YOUR ATTORNEY TO GET THE NEW DATE.**

**Please notify the Court of any change of address in order to continue receiving court notices.**

PAYMENT METHODS:
- Online at www.scottsdaleaz.gov/court • In person or by mail at the above address
- If you cannot afford to pay the full amount of court fines and fees, you may request a time payment plan in person at the court.

Please contact the court if you need special accommodations (such as assistive devices, interpreters, etc.)


Conditions of Release
- Defendant must appear at all court proceedings.
- Defendant must not commit any criminal offenses.
- Defendant must not leave Arizona without the court's permission.
- Defendant must notify the Court of any change in current address and/or phone number.
- Original conditions of release apply unless modified by the written order of the Judge.
- Other:

_(signature)_

12/10/2025
Date         Defendant

## EXHIBIT B

Order Dismissing Charge of Resisting Arrest

Attached hereto as Exhibit B is the state court order dismissing the resisting-arrest charge arising from the same incident, confirming the collapse of the officers' narrative relied upon for prosecution.

Exhibit B

| | |
|---|---|
| 1 | LUIS E. SANTAELLA |
| | INTERIM CITY ATTORNEY |
| 2 | |
| | Douglas Jann |
| 3 | Assistant City Prosecutor |
| | Bar ID #020194 |
| 4 | 3700 North 75th Street |
| | Scottsdale, Arizona 85251 |
| 5 | Telephone: 480-312-2710 |
| | Facsimile: 480-312-7795 |

IN THE SCOTTSDALE CITY COURT

MARICOPA COUNTY, STATE OF ARIZONA

| | | |
|---|---|---|
| THE STATE OF ARIZONA, | ) | Complaint No.: 072540042419 |
| | ) | |
| Plaintiff, | ) | Case No.: CR-2025010898 |
| | ) | |
| vs. | ) | **STATE'S MOTION TO DISMISS** |
| | ) | **COUNT 2 ONLY AND PROPOSED** |
| SHONERICK DESHAWN BRAME, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | Before The Honorable Statia Hendrix |
| | ) | |

Bench Trial, 12/10/2025, Courtroom #1

The State of Arizona, pursuant to Rule 16.4, <u>Arizona Rules of Criminal Procedure</u>, moves to dismiss COUNT 2 (Resisting Arrest) ONLY in Complaint No. 072540042419 without prejudice because the State is not proceeding on this charge. The State will proceed to trial on the Failure to Obey charge.

This motion is made for good cause and is not to avoid provisions of Rule 8, <u>Arizona Rules of Criminal Procedure</u>.

RESPECTFULLY SUBMITTED November 16, 2025.

                                            LUIS E. SANTAELLA
                                            INTERIM CITY ATTORNEY

                                  By:   Douglas Jann
                                           Assistant City Prosecutor

Copy mailed/delivered
_____11/16/25_____ to:

The Honorable Statia Hendrix
Scottsdale City Court

Shonerick Deshawn Brame
6655 Densmore Ave
Van Nuys, CA 91406

By: _____
   DJ



EXHIBIT

## Scottsdale City Court • 3700 N 75TH STREET SCOTTSDALE, AZ 85251 • (480) 312-2442
Fax: (480) 312-2764 • court@scottsdaleaz.gov • www.ScottsdaleAZ.gov/Court
ORI: AZ007111J • Maricopa County, Arizona

| State Of Arizona VS. BRAME, SHONERICK DESHAWN 6655 DENSMORE AVE VAN NUYS, CA 91406 | Case #: M-0751-CR-2025010898  Complaint #: 072540042419   | |

The defendant's motion for virtual appearance is denied. Prior virtual hearings have been held for the defendant's convenience, however, outstanding and repetitive motions and issues remain. At this time, it is prudent and necessary to move forward with in person hearings. In addition, the defendant has demanded pre-trial rulings ahead of the bench trial. The court will hold the pre-trial motions on December 10, 2025, to accommodate that request.

*signature: S Hendrix*

12/8/2025
Date            Honorable Statia D Hendrix