Name ___Shonrick Brame___

Address ___6655 Densmore Ave___

___Van Nuys CA 91406___

Telephone ___818 515 6249___

| ☒ FILED | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

JUN 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Shonrick Brame )
)
)
Plaintiff, )  Case No. CV-25-02342-KmL-CDB
)
vs. )  **MOTION TO ALLOW**
City of Scottsdale, el al )  **ELECTRONIC FILING**
)  **BY A PARTY APPEARING**
)  **WITHOUT AN ATTORNEY and**
Defendant. )  **SUPPORTING INFORMATION**
)
)

I, ___Shonrick Brame___, declare that I am the Plaintiff/Defendant

representing myself in this action; that I hereby request permission to electronically file and serve

my documents.  I state that, upon a showing of good cause below, I am able to comply with the

equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

Rev. 2//2025

1

A.      Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OS
- Word processor such as Microsoft Word that can export to PDF
- Internet access (high speed is recommended)
- Web browser (current versions of MS Edge, Google Chrome, Mozilla Firefox or Safari)
- PDF conversion software - Adobe Acrobat current version (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader or other PDF viewer is needed for viewing e-filed PDF documents

_____

_____

_____

B.      Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

Yes  [✓]          No  [ ]

C.      Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes  [✓]          No  [ ]

D.      Have you read and become familiar with the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?

Yes  [✓]          No  [ ]

E.      Are you able to comply with all the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?

Yes  [✓]          No  [ ]

F.      Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes  [✓]          No  [ ]

Rev. 2//2025                                                                                                            2

DATED this 10 day of June , 202 6 .

_____
Your signature in ink

Showrick Brame
Your name typed or printed

6655 Densmore Ave
Van Nuys CA 91406
Address
(818) 575-6249
Telephone Number

**PRO SE PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM**

This form is to be used to register for an account on the District of Arizona's Electronic Case Files (CM/ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF system. Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case. The following information is required for registration:

Personal Information

First Name _Shonrick_ Middle Name _____

Last Name _Brame_ Generation _____

Address _6655 Densmore Ave_

City _Van Nuys_ State _CA_ Zip Code _91406_

Telephone Number _818 515 6249_

Fax Number _____

You must provide a valid e-mail address:

E-mail address: _Shonbrane@Gmail.com_

E-mail type:

[✓] HTML – Recommended for most e-mail clients

[ ] Plain text – Recommended for older email clients which cannot process HTML e-mail

Rev. 2//2025                                                                      4

By submitting this registration form, the undersigned agrees to abide by the following rules:

This CM/ECF system is for use only in cases designated by the United States District Court for the District of Arizona in which the pro se party has been granted leave to electronically file. The CM/ECF system may be used to file and view electronic documents, docket sheets and notices.

Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers must be signed by the party. A registered user's account login and password issued by PACER combined with the identification, serves as and constitutes the registered user's signature. Therefore, a registered user must protect and secure the password issued by PACER. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the registered user to immediately notify PACER.

Each registered user desiring to electronically file documents must complete and sign a Pro Se Participant Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual.

A registered user accesses court case information by the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login and password is issued by PACER. To register for PACER, a user must complete the online form or submit a registration form available on the PACER website http://PACER.psc.uscourts.gov

By this registration the undersigned agrees to abide by all the rules and regulations in the Electronic Case Filing Administrative Policies and Procedures Manual currently in effect and any changes or additions that may be made to such administrative procedures in the future.

6 - 10 - 2026
Date

s/
Participant Signature

Type your full name, prefixed with "s/", in the field above to acknowledge that you have read and understand the information in this document.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | CV |
| vs. | ) ) ) | **ORDER** |
| Defendant. | ) ) ) ) ) | |

**IT IS ORDERED,**

**GRANTING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only.  The party is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the attached form to register as a user with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Rev. 2//2025

6

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of the account.

☐    **DENYING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney

DATED this _____ day of _____, 202_____.


_____
United States District/Magistrate Judge