**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Shonrick Brame,
Plaintiff,

v.

City of Scottsdale, et al.,
Defendants.



Case No. CV-25-02342-KML-CDB

**REQUEST FOR STATUS UPDATE, SCREENING DETERMINATION, RULING ON PENDING MOTIONS, AND ISSUANCE OF SUMMONS**

1. Plaintiff commenced this action on July 7, 2025.

2. On October 20, 2025, the Court granted Plaintiff's Application to Proceed In Forma Pauperis and dismissed the original Complaint with leave to amend within thirty (30) days.

3. Plaintiff timely complied with the Court's Order by filing an Amended Complaint on October 27, 2025.

4. On December 29, 2025, Plaintiff filed a Motion for Expedited Consideration, Motion to Stay Related State Criminal Proceedings, and Notice of Imminent State Trial Date.

5. To Plaintiff's knowledge, no further order has been entered regarding the Amended Complaint, no screening determination has been issued, no summonses have been issued, and service has not commenced upon the named Defendants.

6. More than seven months have elapsed since the filing of the Amended Complaint, and Plaintiff respectfully seeks clarification regarding the present status of this action.

7. Plaintiff further notes that during the pendency of this matter, Plaintiff has continued to experience additional encounters with law enforcement and therefore has a continuing interest in the timely adjudication of the issues presented.

8. Plaintiff has also filed motions requesting permission to participate in electronic filing, including Docket Nos. 8, 10, and 11. To Plaintiff's knowledge, those motions remain pending and unresolved.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Provide a status update regarding the current posture of this action;
B. *Advise whether the Amended Complaint remains under screening review;*
C. Rule upon Plaintiff's pending motions requesting electronic filing privileges (Docs. 8, 10, and 11);
D. Address Plaintiff's Motion for Expedited Consideration and related requests filed December 29, 2025 (Doc. 12);
E. Issue summonses and permit service to proceed if the Court determines the Amended Complaint is sufficient; and
F. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Shonrick Brame